IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVON L. LYONS,
    Plaintiff,

vs.                                     Case No. 3:07cv86/LAC/EMT

OFFICER FIELDS, et al.,
    Defendants.
_____/

## ORDER

Plaintiff, an inmate proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). Plaintiff has also submitted a second application for leave to proceed in forma pauperis (Doc. 6).

Plaintiff again failed to provide the requisite supporting documentation for his motion to proceed in forma pauperis, specifically, a prisoner consent form and financial certificate <u>with an attached copy of his trust fund account statement covering the six-month period preceding the filing of the complaint</u>. Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed in forma pauperis (Doc. 6) is **DENIED** without prejudice.

2. The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, <u>including an attached computer printout of the transactions in his prison account during the preceding six month period</u>.

      4.      Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

      **DONE AND ORDERED** this  22nd  day of March 2007.

      */s/ Elizabeth M. Timothy*
      **ELIZABETH M. TIMOTHY**
      **UNITED STATES MAGISTRATE JUDGE**